# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129156

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUSTIN HOLDEN,
      Plaintiff-Appellee,

SC: 129156
COA: 260253
WCAC: 03-000491

v

MARYWOOD GOLF CLUB and AMERICAN
EMPLOYERS INSURANCE COMPANY,
      Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the June 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Corbin R. Davis
Clerk